Allen M. Stewart (SBN 262594)
astewart@allenstewart.com
ALLEN STEWART, P.C.
325 N. St. Paul Street, Suite 4000
Dallas, Texas  75201
214/965-8700 (phone)
214/965-8701 (fax)
*Attorney for Michael Dodson, Alvin Todd,
And Henry and Mary Thompson, et al.
Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **MICHAEL DODSON, ALVIN TODD,** and **HENRY** and **MARY THOMPSON, et al.,** Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>**TEMPUR-SEALY INTERNATIONAL, INC.,** formerly known as **TEMPUR-PEDIC INTERNATIONAL, INC.** and **TEMPUR-PEDIC NORTH AMERICA, LLC**<br><br>Defendants. | Case No. 3:13-cv-04984-JST<br><br>Complaint Served: November 18, 2013<br>Initial Response: January 23, 2014<br>New Response: February 6, 2014<br>New Reply: February 19, 2014<br><br>**ORDER EXTENDING TIME FOR PLAINTIFFS TO FILE RESPONSIVE PLEADING TO DEFENDANTS' MOTION TO DISMISS AND MOTION TO STRIKE TO FEBRUARY 6, 2014 AND FOR DEFENDANTS' REPLIES TO FEBRUARY 19, 2014** |

The Court, having considered the Plaintiffs' and Defendants' Joint Motion for Extension of Time to File Responsive Pleadings to Defendants' Motion to Dismiss and Motion to Strike finds that the motion has merit and should be granted.  It is, therefore, ORDERED that the new deadline for Plaintiffs to respond to Defendants' Motion to

Dismiss and Motion to Strike is February 6, 2014, and the new deadline for Defendants' to file their replies is February 19, 2014.

SO ORDERED.

Signed this  16  day of January, 2014.

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE