UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DODSON, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>TEMPUR-SEALY INTERNATIONAL, INC., et al.,<br><br>　　　　Defendants. | Case No. 13-cv-04984-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF Nos. 18, 19 |

  A hearing on Defendants' motion to dismiss and motion to strike is scheduled for March 6, 2014. As the motions are suitable for determination without oral argument, the hearing is VACATED. <u>See</u> Civil L.R. 7-1(b). The motions are under submission.

  **IT IS SO ORDERED.**

Dated: February 21, 2014

_____
JON S. TIGAR
United States District Judge