Case 3:13-cv-04984-JST   Document 52   Filed 04/29/14   Page 1 of 5

Allen M. Stewart (SBN 262594)
astewart@allenstewart.com
Steve Baughman Jensen (Pro Hac Vice)
awalton@allenstewart.com
ALLEN STEWART, P.C.
325 N. St. Paul Street, Suite 4000
Dallas, Texas  75201
Telephone: (214) 965-8700
Facsimile: (214) 965-8701

Michael McShane (SBN 127944)
mmcshane@audetlaw.com
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105
Telephone: (415)568.2555
Facsimile: (415)568-2556

Gary K. Shipman (Pro Hac Vice)
gshipman@shipmanlaw.com
William G. Wright (Pro Hac Vice)
wwright@shipmanlaw.com
Angelique Adams (Pro Hac Vice)
aadams@shipmanlaw.com
SHIPMAN & WRIGHT, LLP
575 Military Cutoff Rd., Suite 106
Wilmington, NC 28405
Telephone: (910) 762-1990
Facsimile: (910) 762-6752

John Simon (Pro Hac Vice)
jsimon@simonlawpc.com
Ryan Keane (Pro Hac Vice)
rkeane@simonlawpc.com
SIMON LAW FIRM, P.C.
800 Market Street
St. Louis, MO 63101
Telephone: (314) 241-2929
Facsimile: (314) 241-2029

*Attorneys for Plaintiffs Michael Dodson and the Proposed Class*
(Additional Plaintiffs Set Forth Below on Signature Page)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **MICHAEL DODSON, ALVIN TODD,** and **HENRY** and **MARY THOMPSON, ET AL.**, individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>**TEMPUR-SEALY INTERNATIONAL, INC.,** formerly known as **TEMPUR-PEDIC INTERNATIONAL, INC.** and **TEMPUR-PEDIC NORTH AMERICA, LLC**<br><br>Defendants. | Case No. 3:13-cv-04984-JST<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:<br>Time: |

Attorneys for the Parties have jointly prepared, and respectfully submit this Stipulation to Consent Order to Continue the Case Management Conference currently scheduled for May 14, 2014.

**STIPULATION**

By Order dated April 16, 2014, the Court scheduled a Case management Conference to be held on May 14, 2014. Lead Counsel for the Plaintiffs Allen Stewart and Gary K. Shipman are currently involved in two separate trials that are expected to last through the end of May. Plaintiffs' Counsel has advised Defense counsel of lead counsel's inability to attend the scheduled Case Management Conference, and thus, the Parties have agreed that is advisable to continue the CASE Management Conference. Subject to approval of the accompanying proposed Order, the Parties hereby stipulate, through their respective counsel of record, to a three week continuance of the Case Management Conference directed by the Court until June 4, 2014.

DATED: April 25, 2014.

BY:    */s/ Allen M. Stewart*
       Allen M. Stewart
       ALLEN STEWART, P.C.

       Allen M. Stewart (262594)
       Steve Baughman Jensen (Pro Hac Vice)
       Stephanie Brooks Sherman*
       325 N. St. Paul Street, Suite 4000
       Dallas, Texas  75201
       214/965-8700
       214/965-8701 (fax)

       SHIPMAN & WRIGHT
       Gary K. Shipman (Pro Hac Vice)
       William G. Wright (Pro Hac Vice)
       Angelique Adams (Pro Hac Vice)
       575 Military Cutoff Road, Suite 106
       Wilmington, NC 28405
       Telephone: (910) 762-1990
       Facsimile: (910) 762-6752

       AUDET & PARTNERS, LLP
       Michael McShane (SBN 127944)
       221 Main Street, Suite 1460
       San Francisco, CA 94105
       Telephone: (415)568.2555
       Facsimile: (415)568-2556

       SIMON LAW FIRM, P.C.
       John Simon (Pro Hac Vice)
       Ryan Keane (Pro Hac Vice)
       800 Market Street
       St. Louis, MO 63101
       Telephone: (314) 241-2929
       Facsimile: (314) 241-2029

       ***Attorneys for Plaintiffs and the Proposed Class***

1  DATED: April 25, 2014.

2                                          CALL & JENSEN
                                           A Professional Corporation
3                                          Mark L. Eisenhut
                                           Matthew R. Orr
4                                          Aaron L. Renfro
5                                          610 Newport Center Drive, Suite 700
                                           New Port Beach, CA 92660
6                                          Telephone: (949) 717-3000
                                           Facsimile: (949) 717-3100
7

8                                          RUMBERGER, KIRK & CALDWELL, P.A.
                                           Douglas Brown
9                                          Daniel J. Gerber
                                           300 South Orange Avenue
10                                         Orlando, FL 32802
                                           Telephone: (407) 872-7300
11                                         Facsimile: (407) 841-2133

12

13                                  BY:    /s/ *Daniel J. Gerber*
                                           Daniel J. Gerber
14

15
                                           Attorneys for Defendants Tempur-Sealy
16                                         International, Inc., formerly known as Tempur-
                                           Pedic International, Inc. and Tempur-Pedic North
17                                         America, LLC

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
3:13-cv-04984-JST                                                                 Page 4

**CONSENT ORDER TO CONTINUE**
**CASE MANAGEMENT CONFERENCE**

The Parties have filed a Stipulation to Consent Order to Continue the Case Management Conference on May 14, 2014. The consent Stipulation requests that the Court postpone three weeks the May 14, 2014 Case Management Conference directed by the Court until June 4, 2014. The Court has reviewed the Consent Stipulation and the record in this matter and finds that good cause exists to enter this Consent Order to continue the Case Management Conference. Accordingly,

**IT IS HEREBY ORDERED** that the May 14, 2014 Case management Conference is continued until June __4__, 2014 at __2__ : __00__ p.m.

SO ORDERED on this __29__, day of __April__ 2014.

_____
Jo[n S. Tigar]
UN[ITED STATES DISTRICT C]OURT JUDGE

IT IS SO ORDERED
Judge Jon S. Tigar