1  Angelique Adams (Pro Hac Vice)
   aadams@shipmanlaw.com
2  Gary K. Shipman (Pro Hac Vice)
   gshipman@shipmanlaw.com
3  William G. Wright (Pro Hac Vice)
   wwright@shipmanlaw.com
4  SHIPMAN & WRIGHT, LLP
5  575 Military Cutoff Rd., Suite 106
   Wilmington, NC 28405
6  Telephone: (910) 762-1990
7  Facsimile: (910) 762-6752

8  Allen M. Stewart (SBN 262594)
   astewart@allenstewart.com
9  Stephanie Brooks Sherman (Pro Hac Vice)
   ssherman@allenstewart.com
10 Steve Baughman Jensen (Pro Hac Vice)
   sjensen@allenstewart.com
11 ALLEN STEWART, P.C.
12 325 N. St. Paul Street, Suite 4000
   Dallas, Texas  75201
13 Telephone: (214) 965-8700
   Facsimile: (214)965-8701
14

15 John Simon (Pro Hac Vice)
   jsimon@simonlawpc.com
16 Ryan Keane (Pro Hac Vice)
   rkeane@simonlawpc.com
17 SIMON LAW FIRM, P.C.
18 800 Market Street
   St. Louis, MO 63101
19 Telephone: (314) 241-2929
   Facsimile: (314) 241-2029
20

21 Michael McShane (SBN 127944)
   mmcshane@auditlaw.com
22 Jonas P. Mann (SBN 263314)
   jmann@audetlaw.com
23 AUDET & PARTNERS, LLP
24 221 Main Street, Suite 1460
   San Francisco, CA 94105
25 Telephone: (415) 568-2555
   Facsimile: (415) 568-2556
26

27 ***Attorney for Alvin Todd, et al., and the Proposed Class***
   (Additional Plaintiffs Set Forth Below on Signature Page)
28

Dated:  August 29, 2014

1

2            UNITED STATES DISTRICT
3         NORTHERN DISTRICT OF CA
             SAN FRANCISCO DIVIS
4

5   **MICHAEL DODSON, HENRY**          )   Case No. 3
    **THOMPSON, et al.,**  individually and )
6   on behalf of all others similarly situated )   **CONSENT AND STIPULATION TO**
                                          )   **SECOND AMENDED COMPLAINT**
7            Plaintiffs,                  )
                                          )   Date:    September 25, 2014
8                                         )   Time:    2:00 p.m.
         vs.                              )   Crtrm:   9
9                                         )
                                          )
10  **TEMPUR-SEALY**                      )
    **INTERNATIONAL, INC.,** formerly     )
11  known as **TEMPUR-PEDIC**             )
    **INTERNATIONAL, INC.** and           )   Complaint Filed:   October 25, 2013
12  **TEMPUR-PEDIC NORTH**                )   Trial Date:        None Set
    **AMERICA, LLC**                      )
13                                        )
             Defendants.                  )
14                                        )
                                          )
15                                        )
                                          )
16  _____

17       Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure Defendants consent to the

18  amendment of the Complaint by Plaintiffs, and the Plaintiffs and Defendants stipulate that

19  Plaintiffs may file a Second Amended Complaint.

20       WHEREAS, Plaintiffs filed a Motion to Amend and Add Plaintiffs on August 14, 2014;

21  and

22       WHEREAS, Defendants consent to the filing of Plaintiffs' proposed Second Amended

23  Complaint, as attached as Exhibit A to Plaintiffs' Motion to Amend, which will be revised to

24  reflect Defendants' written consent to the same.

25

26       WHEREAS, the Parties have agreed that Defendants shall file their responsive pleading or

27  appropriate motion to the Second Amended Complaint on or before September 11, 2014.

28

GRANTED

Judge Jon S. Tigar

1
2
3
4
5
6
7

NOW, THEREFORE, the Parties stipulate as follows: Plaintiffs shall file their Second Amended Complaint with the written consent of the Defendants, and Defendants shall file their responsive pleading or appropriate motion to the Second Amended Complaint on or before September 11, 2014.

This the 28th day of August, 2014.

8
9
10
11
12

BY:  /s/ Daniel J. Gerber
Daniel J. Gerber
RUMBERGER, KIRK & CALDWELL, P.A.
Douglas B. Brown
300 South Orange Avenue
Orlando, FL 32802
(407) 872-7300
(407) 841-2133 (fax)

13
14
15
16
17
18

CALL & JENSEN
A Professional Corporation
Mark L. Eisenhut
Matthew R. Orr
Aaron L. Renfro
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
(949) 717-3000
(949) 717-3100 (fax)

19
20
21

*Attorneys for Defendants Tempur-Sealy International, Inc., formerly known as Tempur-Pedic International, Inc. and Tempur-Pedic North America, LLC*

22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BY: /s/ Angelique Adams
SHIPMAN & WRIGHT
Gary K. Shipman
William G. Wright
Angel Adams
575 Military Cutoff Road, Suite 106
Wilmington, North Carolina 28405
910/762-1990
910/762-6752 (fax)

Allen M. Stewart
ALLEN STEWART, P.C.
Allen M. Stewart (262594)
Steve Baughman Jensen
Stephanie Brooks Sherman
325 N. St. Paul Street, Suite 4000
Dallas, Texas  75201
214/965-8700
214/965-8701 (fax)

SIMON LAW FIRM, P.C.
John Simon
Ryan Keane
800 Market St.
St. Louis, MO 63101
314/241-2929
314/241-2029 (fax)

*Attorneys for Plaintiffs and the Proposed Class*

1

## **SIGNATURE CERTIFICATION**

2          I hereby certify that the content of this document is acceptable to Daniel Gerber, counsel

3   for Defendants Tempur Sealy International, Inc., formerly known as Tempur-Pedic International,

4   Inc. and Tempur-Pedic North America, LLC and that I have obtained Mr. Gerber's authorization

5   to affix his electronic signature to this document.

6   Dated: August 28, 2014.

7                            SHIPMAN & WRIGHT, LLP
                         Gary K. Shipman

8                            William G. Wright
                         Angelique Adams

9

10                       By: /s/ Angelique Adams_____
                            Angelique Adams

11

12                       Attorneys for Plaintiffs Alvin Todd,  Robbie Simmons,
                     Tina White, Keith Hawkins, Thomas Comiskey, Louis

13                       Pace, Patricia Kaufman, Johnny Martinez, Rosemarie
                     Valdez, Toni Kibbee, Brian Stone and the Proposed Class

14

15

16                      **CERTIFICATE OF SERVICE**

17      I hereby certify that on August 28, 2014, I electronically filed the foregoing document

18  described as **CONSENT AND STIPULATION TO SECOND AMENDED CLASS ACTION**

19  **COMPLAINT** with the Clerk of the Court using the CM/ECF System which will send

20  notification of such filing via electronic mail to all counsel of record.

21

22                       By: /s/ Angelique Adams_____

23                           Angelique Adams (Pro Hac Vice)
                         SHIPMAN & WRIGHT, LLP.

24

25

26

27

28