UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN TODD, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>TEMPUR-SEALY INTERNATIONAL, INC., et al.,<br><br>        Defendants. | Case No. 13-cv-04984-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 64 |

Plaintiffs Rosemarie Valdez, Louis Pace, and Diane Pace have filed a stipulation of dismissal dated September 8, 2014, stating that they dismiss their claims against Defendants Tempur Sealy International, Inc. and Tempur-Pedic North America, LLC.  ECF No. 64.  "The plaintiff may dismiss some or all of the defendants . . . through a Rule 41(a)(1) notice."  Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).  Dismissal is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

All claims between Plaintiffs Rosemarie Valdez, Louis Pace, and Diane Pace and Defendants Tempur Sealy International, Inc. and Tempur-Pedic North America, LLC have been dismissed without prejudice.  The Clerk is directed to terminate Rosemarie Valdez, Louis Pace, and Diane Pace as parties in this case.

**IT IS SO ORDERED**.

Dated: September 9, 2014

                                              JON S. TIGAR
                                    United States District Judge