UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN TODD, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>TEMPUR-SEALY INTERNATIONAL, INC., et al.,<br><br>　　　　Defendants. | Case No.  13-cv-04984-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 73 |

Plaintiff Debra Evangelista has filed a stipulation of dismissal dated October 14, 2014, stating that she dismisses her claims against Defendants Tempur-Sealy International, Inc. and Tempur-Pedic North America, LLC.  ECF No. 73.  "The plaintiff may dismiss some or all of the defendants . . . through a Rule 41(a)(1) notice."  Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).  Dismissal is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

All claims between Plaintiff Debra Evangelista and Defendants Tempur-Sealy International, Inc. and Tempur-Pedic North America, LLC have been dismissed without prejudice.  The Clerk is directed to terminate Debra Evangelista as a party in this case.

**IT IS SO ORDERED**.

Dated: October 14, 2014

_____
JON S. TIGAR
United States District Judge