**Allen M. Stewart (SBN 262594)**
astewart@allenstewart.com
ALLEN STEWART, P.C.
325 N. St. Paul Street, Suite 4000
Dallas, Texas 75201
214/965-8700 (phone)
214/965-8701 (fax)
*Attorney for Plaintiffs Alvin Todd, Melody Todd, Robbie Simmons, Tina White, Keith Hawkins, Thomas Comiskey, Alan Kaufman, Patricia Kaufman, Johnny Martinez, Julie Davidoff, Tracey Palmer, Toni Kibbee, Brian Stone, Sarah Stone, Kurt Anderson, Ericka Anderson, Jerry Kucharski, Diane Kucharski and the Proposed Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **ALVIN TODD and MELODY TODD, et al.,** Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>**TEMPUR SEALY INTERNATIONAL, INC.,** formerly known as **TEMPUR-PEDIC INTERNATIONAL, INC.** and **TEMPUR-PEDIC NORTH AMERICA, LLC**<br><br>Defendants. | Case No. 3:13-cv-04984-JST<br><br>**STIPULATION AND ORDER TO MODIFY THE JUNE 4, 2014, SCHEDULING ORDER**<br><br>Complaint Filed: October 25, 2013<br><br>Trial Date: None Set |

Pursuant to Local Rules 6 and 7, Plaintiffs and Defendants Tempur Sealy International, Inc., formerly known as Tempur-Pedic International, Inc. and Tempur-

STIPULATION AND ORDER TO MODIFY THE JUNE 4, 2014, SCHEDULING ORDER

Page 1

Pedic North America, LLC (Collectively, "Defendants" and, together with Plaintiffs, known as "Parties"), hereby stipulate and agree to the following modifications of the June 4, 2014, Scheduling Order.

## I. BACKGROUND

1. Plaintiffs filed the original Complaint on October 25, 2013.

2. Plaintiffs filed the First Amended Complaint on November 7, 2013 and the Second Amended Complaint on August 29, 2014.

3. The following time modifications have occurred in this case:

   a. On December 5, 2013, the Parties filed their Joint Stipulation to Extend Defendants' Responsive Pleading Date to January 9, 2014.

   b. On January 16, 2014, the Court entered an Order, pursuant to the Parties' stipulation, extending the time for Plaintiffs to file a response to Defendant's Motion to Dismiss and Motion to Strike Plaintiffs' Complaint.

   c. On April 29, 2014, the Court entered an Order, pursuant to the Parties' stipulation, to continue the case management conference. (See Declaration of Angelique Adams at ¶ 9, attached as Exhibit "A" (hereinafter, "Adams Decl.").

4. The case Scheduling Order was entered on June 4, 2014, setting the deadline to file the motion for class certification on January 15, 2015. Adams Decl.¶ 4.

5. The Parties have exchanged initial written discovery. Adams Decl.¶ 5.

6. The depositions of the proposed class representatives have been taken. Adams Decl.¶ 6.

7. The depositions of the Defendants' witnesses are currently being scheduled. Adams Decl.¶ 7.

STIPULATION AND ORDER TO MODIFY THE JUNE 4, 2014, SCHEDULING ORDER

Page 2

8. With the exception of the Supplemental Joint Case Management Statement filed June 11, 2014, which requested an extension of one week for the class certification hearing, this is the first request for a modification of the June 4, 2014, Scheduling Order. Adams Decl.¶ 8.

9. Because this is a potential class action case wherein the laws of eleven states are at issue and because Defendants' ESI discovery efforts have taken longer than expected, the Parties need additional time to develop and complete the underlying discovery before the class certification motion deadline. Adams Decl.¶10.

10. The modifications of the June 4, 2014, Scheduling Order will not alter or affect the class certification hearing date of July 2, 2015. Adams Decl.¶ 11.

11. Moreover, the modification of the June 4, 2014, Scheduling Order will not adversely affect the interests of any of the Parties but will instead enable the Parties to fully and thoroughly develop and complete the underlying discovery necessary to prepare and respond to Plaintiffs' motion for class certification. Adams Decl.¶ 12.

12. The Parties conferred on October 10, October 14 and October 15, 2014, regarding a modification of the June 4, 2014, Scheduling Order and have reached an agreement as described below. Adams Decl.¶ 13.

## II. STIPULATION

13. The Parties stipulate and agree to an extension of the following: 1) the deadlines for Plaintiffs to file their motion for class certification, for Defendants' to file their brief in opposition, and for Plaintiffs to file their reply, and 2) the deadlines for the

STIPULATION AND ORDER TO MODIFY THE JUNE 4, 2014, SCHEDULING ORDER

Page 3

depositions of Plaintiffs' and Defendants' experts regarding class certification to be completed.

14. The Parties further stipulate and agree to add a deadline for the Parties to identify by name the Parties' expert witnesses and also to provide proposed dates for their depositions.

15. The Parties' stipulate and agree to, and request the Court to order, the following modified deadlines:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline for Plaintiffs to identify expert witnesses and provide proposed deposition dates | None. | January 16, 2015 |
| Deadline to file motion for class certification | January 15, 2015 | February 16, 2015 |
| Deadline for Defendants to identify expert witnesses and provide proposed deposition dates | None. | March 10, 2015 |
| Depositions of Plaintiffs' expert witnesses re: class certification | January 30, 2015- March 3, 2015 | February 18, 2015 – March 20, 2015 |
| Deadline to file opposition to motion for class certification | March 25, 2015 | April 6, 2015 |
| Depositions of Defendants' expert witnesses re: class certification | April 9, 2015 – May 9, 2015 | April 15, 2015 – May 9, 2015 |
| Deadline to file reply in support of motion for class certification | June 13, 2015 | No change. |
| Class certification hearing | July 2, 2015 | No change. |

DATED: October 17, 2014.

                  BY: /s/ *Allen M. Stewart*
                  Allen M. Stewart
                  ALLEN STEWART, P.C.
                  Allen M. Stewart (262594)

STIPULATION AND ORDER TO MODIFY THE JUNE 4, 2014, SCHEDULING ORDER

| | |
|---|---|
| 1 | Steve Baughman Jensen* |
| 2 | 325 N. St. Paul Street, Suite 4000 |
|   | Dallas, Texas 75201 |
| 3 | 214/965-8700 |
|   | 214/965-8701 (fax) |
| 4 | |
| 5 | SHIPMAN & WRIGHT |
|   | Gary K. Shipman* |
| 6 | William G. Wright* |
|   | Angelique Adams* |
| 7 | 575 Military Cutoff Road, Suite 106 |
| 8 | Wilmington, North Carolina 28405 |
|   | 910/762-1990 |
| 9 | 910/762-6752 (fax) |
| 10 | |
|    | SIMON LAW FIRM, P.C. |
| 11 | John Simon* |
|    | Ryan Keane* |
| 12 | 800 Market St. |
|    | St. Louis, MO 63101 |
| 13 | 314/241-2929 |
| 14 | 314/241-2029 (fax) |
| 15 | |
|    | ***Attorneys for Plaintiffs and the Proposed*** |
| 16 | ***Class*** |
| 17 | |
|    | *Admitted *pro hac vice* |
| 18 | |
|    | CALL & JENSEN |
| 19 | A Professional Corporation |
|    | Mark L. Eisenhut |
| 20 | Matthew R. Orr |
| 21 | Aaron L. Renfro |
|    | 610 Newport Center Drive, Suite 700 |
| 22 | Newport Beach, CA 92660 |
|    | (949) 717-3000 |
| 23 | (949) 717-3100 (fax) |
| 24 | |
|    | RUMBERGER, KIRK & CALDWELL, P.A. |
| 25 | Douglas B. Brown |
| 26 | Daniel J. Gerber |
|    | 300 South Orange Avenue |
| 27 | Orlando, FL 32802 |
| 28 | |

STIPULATION AND ORDER TO MODIFY THE JUNE 4, 2014, SCHEDULING ORDER

(407) 872-7300
(407) 841-2133 (fax)


BY: /s/ *Daniel J. Gerber*
    Daniel J. Gerber

Attorneys for Defendants Tempur Sealy International, Inc., formerly known as Tempur-Pedic International, Inc. and Tempur-Pedic North America, LLC

STIPULATION AND ORDER TO MODIFY THE JUNE 4, 2014, SCHEDULING ORDER

## DECLARATION OF ANGELIQUE ADAMS

I, Angelique Adams, declare:

1. I am attorney licensed to practice law in North Carolina that has been admitted *pro hac vice* to appear in this case. I am an attorney at the law firm of Shipman & Wright, LLP located in Wilmington, North Carolina, counsel of record for Plaintiffs. I have personal knowledge of the facts contained below and believe that I am competent to testify as to such facts.

2. I make this declaration in support of the Parties' Stipulation to Modify the June 4, 2014, Scheduling Order.

3. This case is a potential class action case wherein the consumer representatives allege violations of various states' laws in connection with Defendants' retail sales and marketing of Tempur-pedic mattress and pillow products containing Tempur material. The consumer representatives allege, among other things, that Defendants failed to disclose that their products contained volatile organic compounds ("VOCs") and formaldehyde.

4. The case Scheduling Order was entered on June 4, 2014, setting the deadline to file the motion for class certification on January 15, 2015.

5. The Parties have exchanged initial written discovery.

6. The depositions of the proposed class representatives have been taken.

7. The depositions of the Defendants' witnesses are currently being scheduled.

8. With the exception of the Supplemental Joint Case Management Statement filed June 11, 2014, which requested an extension of one week for the class certification hearing, this is the first request for a modification of the June 4, 2014, Scheduling Order.

9. The following time modifications have occurred in this case:

a. On December 5, 2014, the Parties filed their Joint Stipulation to Extend Defendants' Responsive Pleading Date to January 9, 2014.

STIPULATION AND ORDER TO MODIFY THE JUNE 4, 2014, SCHEDULING ORDER

b. On January 16, 2014, the Court entered an Order, pursuant to the Parties' stipulation, extending the time for Plaintiffs to file a response to Defendant's Motion to Dismiss and Motion to Strike Plaintiffs' Complaint; and

c. On April 29, 2014, the Court entered an Order, pursuant to the Parties' stipulation, to continue the case management conference.

10. Because this is a potential class action case wherein the laws of eleven states are at issue and because Defendants' ESI discovery efforts have taken longer than expected, the Parties need additional time to develop and complete the underlying discovery before the class certification motion deadline.

11. The modifications of the June 4, 2014, Scheduling Order will not alter or affect the class certification hearing date of July 2, 2015.

12. The modification of the June 4, 2014, Scheduling Order will not adversely affect the interests of any of the Parties but will instead enable the Parties to fully and thoroughly develop and complete the underlying discovery necessary to prepare and respond to Plaintiffs' motion for class certification.

13. I have conferred with counsel for Defendants and they agree to the proposed modifications of the June 4, 2014, Scheduling Order.

I declare under penalty of perjury that the foregoing is true, and that this declaration is made this 17th day of October, 2014.

/s/ *Angelique Adams*
Angelique Adams

STIPULATION AND ORDER TO MODIFY THE JUNE 4, 2014, SCHEDULING ORDER

## **ORDER**

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

Dated: __October 20, 2014_____

_____
IT IS SO ORDERED
Judge Jon S. Tigar

---

STIPULATION AND ORDER TO MODIFY THE JUNE 4, 2014, SCHEDULING ORDER

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Daniel Gerber, counsel for Defendants and I have obtained Mr. Gerber's authorization to affix his electronic signature to this document.

DATED:  October 17, 2014.

BY: /s/ *Allen M. Stewart*
Allen M. Stewart
ALLEN STEWART, P.C.
Allen M. Stewart (262594)
325 N. St. Paul Street, Suite 4000
Dallas, Texas  75201
214/965-8700
214/965-8701 (fax)

SHIPMAN & WRIGHT
Gary K. Shipman
William G. Wright
Angel Adams
575 Military Cutoff Road, Suite 106
Wilmington, North Carolina 28405
910/762-1990
910/762-6752 (fax)

SIMON LAW FIRM, P.C.
John Simon
Ryan Keane
800 Market St.
St. Louis, MO 63101
314/241-2929
314/241-2029 (fax)
***Attorneys for Plaintiffs and the Proposed Class***

STIPULATION AND ORDER TO MODIFY THE JUNE 4, 2014, SCHEDULING ORDER

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2014, I electronically filed the foregoing document described as Joint Stipulation to Modify the June 4, 2014, Scheduling Order with the Clerk of the Court using the CM/ECF System which will send notification of such filing via electronic mail to all counsel of record.

BY: /s/ *Allen M. Stewart*
Allen M. Stewart

STIPULATION AND ORDER TO MODIFY THE JUNE 4, 2014, SCHEDULING ORDER