UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN TODD, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>TEMPUR-SEALY INTERNATIONAL, INC., et al.,<br><br>    Defendants. | Case No.  13-cv-04984-JST<br><br>**DISCOVERY ORDER**<br>Re: ECF No. 82 |

The Court has received the parties' Joint Discovery Letter Brief, dated November 20, 2014. ECF No. 82. In the Letter Brief, the Defendants request clarification of Part II.D. of the Court's November 17, 2014, Discovery Order or, in the alternative, relief from that portion of the order commanding Defendants to produce all responsive documents within seven days of the Order. Id. at 1. This order provides that clarification.

In the parties' Joint Discovery Letter Brief, filed on November 10, 2014, the parties requested -- among other relief -- that the Court resolve a discovery dispute involving a delay in production. ECF No. 79 at 8. Although the Plaintiffs identified the existence of a delay, only Defendants described the nature of it. Id. According to the Defendants' description, "[a] Sharefile website, utilized to allow immediate download of the production malfunctioned, resulting in Plaintiffs' inability to download all the documents and gaps in Bates numbers." Id. Although there were gaps in the production, Defendants explained that the documents were all available in electronic format. Id. These were the documents the Court ordered Defendants to produce within seven days.

/ / /

/ / /

1    Plaintiffs did not identify as part of the dispute, and the Court therefore could not have
2 known about or ruled on, the production of approximately 100,000 additional documents that
3 Plaintiffs now claim have not been produced.  ECF No. 82 at 8.
4    **IT IS SO ORDERED.**
5 Dated:  November 21, 2014



_____
JON S. TIGAR
United States District Judge