UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN TODD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TEMPUR-SEALY INTERNATIONAL, INC., et al., <br><br> Defendants. | Case No. 13-cv-04984-JST <br><br> **ORDER RE: MOTION TO RETAIN CONFIDENTIALITY** <br><br> Re: ECF No. 102 |

Defendant has filed a Motion to Retain Confidentiality, noticed for hearing on March 12, 2015, before the undersigned. ECF No. 102. As this motion concerns the designation as confidential of documents produced by Defendant in discovery, this matter is referred to Magistrate Judge Maria-Elena James. See ECF Nos. 97, 98. The motion should be re-noticed for hearing before Judge James.

IT IS SO ORDERED.

Dated: February 27, 2015

_____
JON S. TIGAR
United States District Judge