UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN TODD, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>TEMPUR-SEALY INTERNATIONAL, INC., et al.,<br><br>        Defendants. | Case No. 13-cv-04984-JST   (MEJ)<br><br>**ORDER RE: MOTION TO RETAIN CONFIDENTIALITY**<br><br>Re: Dkt. No. 102 |

Pending before the Court is Defendant's Motion to Retain Confidentiality, concerning the designation as confidential of documents produced by Defendant in discovery. Dkt. No. 102. The presiding judge has referred the motion to the undersigned for disposition. As the motion is fully briefed, the parties need not comply with the undersigned's Discovery Standing Order. The Court shall inform the parties if it determines that a hearing is necessary.

**IT IS SO ORDERED.**

Dated: March 2, 2015

MARIA-ELENA JAMES
United States Magistrate Judge