# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ALVIN TODD, MELODY TODD, et al., individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>TEMPUR-SEALY INTERNATIONAL, INC., formerly known as TEMPUR-PEDIC INTERNATIONAL, INC. and TEMPUR-PEDIC NORTH AMERICA, LLC,<br><br>　　　　Defendants. | Case Number: 3:13-cv-04984-JST<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION IN REGARD TO PAGE LIMITATIONS ASSOCIATED WITH MOTION FOR CLASS CERTIFICATION** |

The Court GRANTS the Parties' Joint Stipulation in Regard to Page Limitations Associated with Motion for Class Certification.

It is ORDERED that Document No. 124 is superseded by this Order.

It is further ORDERED that the following page limits will apply to the briefing associated with the Motion for Class Certification:

　　A.　Plaintiffs' Initial Motion: 50 pages.

　　B.　Defendants' Opposition to the Motion: 50 pages.

　　C.　Plaintiffs' Reply in Support of the Motion: 15 pages.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 3, 2015

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　United States District Judge