| | |
|---|---|
| 1 | Angelique Adams (Pro Hac Vice) |
|   | aadams@shipmanlaw.com |
| 2 | Gary K. Shipman (Pro Hac Vice) |
|   | gshipman@shipmanlaw.com |
| 3 | William G. Wright (Pro Hac Vice) |
| 4 | wwright@shipmanlaw.com |
|   | SHIPMAN & WRIGHT, LLP |
| 5 | 575 Military Cutoff Rd., Suite 106 |
|   | Wilmington, NC 28405 |
| 6 | Telephone: (910) 762-1990 |
| 7 | Facsimile: (910) 762-6752 |
| 8 | Allen M. Stewart (SBN 262594) |
|   | astewart@allenstewart.com |
| 9 | Stephanie Brooks Sherman (Pro Hac Vice) |
|   | ssherman@allenstewart.com |
| 10 | Steve Baughman Jensen (Pro Hac Vice) |
| 11 | sjensen@allenstewart.com |
|   | ALLEN STEWART, P.C. |
| 12 | 325 N. St. Paul Street, Suite 4000 |
|   | Dallas, Texas  75201 |
| 13 | Telephone: (214) 965-8700 |
|   | Facsimile: (214)965-8701 |
| 14 | |
| 15 | John Simon (Pro Hac Vice) |
|   | jsimon@simonlawpc.com |
| 16 | Anthony Simon (Pro Hac Vice) |
|   | asimon@simonlawpc.com |
| 17 | SIMON LAW FIRM, P.C. |
|   | 800 Market Street |
| 18 | St. Louis, MO 63101 |
| 19 | Telephone: (314) 241-2929 |
|   | Facsimile: (314) 241-2029 |
| 20 | |
|   | Michael McShane (SBN 127944) |
| 21 | mmcshane@audetlaw.com |
| 22 | Jonas P. Mann (SBN 263314) |
|   | jmann@audetlaw.com |
| 23 | AUDET & PARTNERS, LLP |
|   | 221 Main Street, Suite 1460 |
| 24 | San Francisco, CA 94105 |
|   | Telephone: (415) 568-2555 |
| 25 | Facsimile: (415) 568-2556 |
| 26 | |
|   | ***Attorney for Alvin Todd, et al., and the Proposed Class*** |
| 27 | (Additional Plaintiffs Set Forth Below on Signature Page) |
| 28 | |

Mark L. Eisenhut, Bar No. 185039
meisenhut@calljensen.com
Matthew R. Orr, Bar No. 211097
morr@calljensen.com
Aaron L. Renfro, Bar No. 255086
arenfro@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:    (949) 717-3000
Fax:    (949) 717-3100

Douglas B. Brown, Esq. *[Pro Hac Vice]*
dbrown@rumberger.com
Daniel J. Gerber, Esq. *[Pro Hac Vice]*
dgerber@rumberger.com
Samantha C. Duke, Esq. *[Pro Hac Vice]*
sduke@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
Lincoln Plaza, Suite 1400
300 South Orange Avenue
Orlando, FL  32802
Tel.:  (407) 872-7300
Fax:  (407) 841-2133

Attorneys for Defendants Tempur-Sealy International, Inc., formerly known as Tempur-Pedic International, Inc. and Tempur-Pedic North America, LLC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ALVIN TODD, MELODY TODD, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TEMPUR SEALY INTERNATIONAL, INC., formerly known as TEMPUR-PEDIC INTERNATIONAL, INC. and TEMPUR-PEDIC NORTH AMERICA, LLC,<br><br>Defendants. | Case No.   3:13-cv-04984-JST (MEJ)<br><br>**Stipulation and Order to Modify the December 15, 2014 Scheduling Order**<br><br><br>Complaint Filed:   October 25, 2013<br>Trial Date:            None Set |

Pursuant to Local Rules 6 and 7, Plaintiffs and Defendants Tempur-Sealy International, Inc. and Tempur-pedic North America, LLC (collectively, "Defendants", and, together with Plaintiffs, the "Parties"), hereby stipulate and agree to the following modification of the December 15, 2014 Scheduling Order:

## I. BACKGROUND

1. Plaintiffs filed the original Complaint on October 25, 2013. Plaintiffs filed the First Amended Complaint on November 7, 2013 and the Second Amended Complaint on August 29, 2014. (Doc. 63). Adams Dec. ¶ 3.

2. On October 17 and December 15, 2014, the Parties filed a Joint Motion and Stipulation to Modify the Scheduling Order, and pursuant thereto, the Parties stipulated and agreed to certain modified deadlines.

3. Document production from third parties is more voluminous than anticipated. Both parties recognize that their expert witnesses need additional time to review and analyze third party produced documents before the class certification motion, expert declaration and/or reports, and expert depositions occur. Adams Dec. ¶ 4.

4. Both parties agree to extend certain deadlines contained in the December 15, 2014 Scheduling Order, for a period of up to thirty (30) days. Adams Dec. ¶ 8.

5. Counsel for the Plaintiffs and Defendants have stipulated and agreed, subject to the Court's approval, of the following modified deadlines that will, at most, extend the current outstanding deadlines by a period of thirty (30) days, but in the event that counsel for the Plaintiffs does not need the full thirty (30) days, would largely keep this matter on the current schedule set by this Court.

6. The modification of the December 15, 2014 Scheduling Order will benefit all Parties because it will enable the Parties and their experts to thoroughly develop and complete

the underlying discovery necessary to prepare and respond to Plaintiffs' motion for class certification. Adams Dec. ¶ 6.

7. This is the third request for modification of the Scheduling Order. Adams Dec. ¶ 7.

## II. STIPULATION

8. The Parties stipulate and agree to, and request the Court order the following modified deadlines:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline to file motion for class certification | June 16, 2015 | July 16, 2015 |
| Deadline for Defendants to identify expert witnesses and provide proposed deposition dates | July 10, 2015(or 24 days from filing the motion for class certification, whichever is sooner) | August 9, 2015 |
| Depositions of Plaintiffs' expert witnesses re: class certification | June 18, 2015- July 20, 2015 (or 2-34 days from filing the motion for class certification, whichever is sooner) | July 18, 2015- August 20, 2015 |
| Deadline to file opposition to motion for class certification | August 6, 2015 (or 52 days from the filing of the motion for class certification, whichever is sooner) | September 3, 2015 |
| Depositions of Defendants' expert witnesses re: class certification | August 15, 2015 – September 9, 2015 (or 60-85 days from filing the motion for class certification, whichever is sooner) | September 14, 2015 – September 30, 2015 |
| Deadline to file reply in support of motion for class certification | October 13, 2015 (or 119 days from filing the motion for class certification, whichever is sooner) | October 23, 2015 |
| Class certification hearing | November 2, 2015 | ~~November 2, 2015~~ <u>November 19, 2015</u> |

Dated: June 5, 2015

BY: */s/Daniel J. Gerber*
Daniel J. Gerber
RUMBERGER, KIRK & CALDWELL, P.A.
Douglas B. Brown
300 South Orange Avenue
Orlando, FL 32802
(407) 872-7300
(407) 841-2133 (fax)

CALL & JENSEN
A Professional Corporation
Mark L. Eisenhut
Matthew R. Orr
Aaron L. Renfro
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
(949) 717-3000
(949) 717-3100 (fax)

***Attorneys for Defendants Tempur-Sealy International, Inc., formerly known as Tempur-Pedic International, Inc. and Tempur-Pedic North America, LLC***

BY: /s/ *Angelique Adams*
SHIPMAN & WRIGHT
Gary K. Shipman
William G. Wright
Angel Adams
575 Military Cutoff Road, Suite 106
Wilmington, North Carolina 28405
910/762-1990
910/762-6752 (fax)

Allen M. Stewart
ALLEN STEWART, P.C.
Allen M. Stewart (262594)
Steve Baughman Jensen
Stephanie Brooks Sherman
325 N. St. Paul Street, Suite 4000
Dallas, Texas 75201
214/965-8700
214/965-8701 (fax)

| | |
|---|---|
| 1 | SIMON LAW FIRM, P.C. |
| | John Simon |
| 2 | Anthony G. Simon |
| | 800 Market St. |
| 3 | St. Louis, MO 63101 |
| | 314/241-2929 |
| 4 | 314/241-2029 (fax) |
| 5 | |
| 6 | *Attorneys for Plaintiffs, Alvin Todd, Melody Todd, Robbie Simmons, Tina White, Keith Hawkins,* |
| 7 | *Thomas Comiskey, Alan Kaufman, Patricia Kaufman, Johnny Martinez, Julie Davidoff,* |
| 8 | *Tracey Palmer, Toni Kibbee, Brian Stone, Sarah Stone, Kurt Anderson, Ericka Anderson, Jerry* |
| 9 | *Kurcharski, Diane Kucharski and the Proposed Class* |

(Lines 10–28 blank)

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 8, 2015

*IT IS SO ORDERED AS MODIFIED*
Judge Jon S. Tigar

Joint Stipulation and Order to Modify the December 15, 2014 Scheduling Order –
3:13-cv-04984-JST (MEJ)    Page 7