UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN TODD, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>TEMPUR-SEALY INTERNATIONAL, INC., et al.,<br><br>    Defendants. | Case No.  13-cv-04984-JST<br><br>**ORDER RE ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL**<br><br>Re: ECF Nos. 129, 131 |

On July 16, 2015, Plaintiffs filed two administrative motions to file documents under seal. ECF Nos. 129, 131.  On July 20, 2015, Defendants filed a declaration stating that counsel had not been served with a copy of declarations identifying any material designated as confidential by Defendants pursuant to a protective order, as required by Local Rule 79-5(e).  Declaration of Douglas B. Brown, ECF No. 134, ¶ 3.  Defendants requested that the administrative motions be granted to the extent that Plaintiffs sought to file under seal any document designated as confidential by Defendants pursuant to the protective order, or any document containing information so designated.  Id. ¶ 4.  In the alternative, Defendants requested that they be given at least four days after receiving service of the declarations identifying such documents or potions thereof to file declarations establishing that the material is sealable.  Id.  On July 21, 2015, Plaintiffs filed certificates of service indicating that the relevant declarations have now been served.

Defendants' request for leave to file declarations establishing that the designated material

\ \ \

\ \ \

\ \ \

1  is sealable four days after receiving service of the Plaintiffs' declarations is granted.  These
2  declarations shall be filed by July 27, 2015.
3       IT IS SO ORDERED.
4  Dated:  July 23, 2015

_____
JON S. TIGAR
United States District Judge