# EXHIBIT A



August 23, 2013

**Via Certified Mail - Return Receipt Requested**

Tempur-pedic International, Inc.
Tempur-pedic America, LLC
Tempur-pedic North America, LLC
Office of the General Counsel
1000 Tempur Way
Lexington, KY 40511

Tempur-pedic NA, Inc.
Tempur-pedic North America, Inc.
Tempur-pedic Retail, Inc.
Office of the General Counsel
1713 Jaggie Fox Way
Lexington, KY 40511

Mancini's Sleepworld
201 S. McDowell Blvd, Suite A
Petaluma, CA 94954

Sleep Train Mattress Center
3300 Klose Way
Richmond, CA 94806

Ashley's Furniture Store
2201 John Glenn Drive
Concord, CA 94520

Sleep Train Mattress Center
15099 Hesperian Blvd.
San Leandro, CA 94578

Brookstone
Stonestown Galleria #86
3251 20th Ave
San Francisco, CA 94132

*Re:    Demand Letter Pursuant to California Civil Code § 1782*

To Whom It May Concern:

This letter serves as a preliminary notice and demand for corrective action by Tempur-pedic International, Inc., Tempur-pedic America, LLC, Tempur-pedic North America, LLC, Tempur-pedic NA, Inc., Tempur-pedic North America, Inc., and Tempur-pedic Retail, Inc. (hereinafter "Tempur-pedic') pursuant to the provisions of California Civil Code § 1782, on behalf of our clients Nils Erik Ingemansson, Alvin Todd, Henry and Mary Thompson, Barbara Warren, Rose Young, Michael Dodson, and all other persons similarly situated.

In August of 2013, Nils Erik Ingemansson visited Mancini's Sleepworld located at 201 S McDowell Blvd., Petaluma, CA and purchased a Tempur-pedic mattress. At the time of Mr. Ingemansson's purchase Tempur-pedic advertised on its website that Tempur-pedic's products were formaldehyde free and did not contain harmful volatile organic compounds (hereinafter "VOCs"). Mr. Ingemansson has come to learn that such statements are not true and in fact Tempur-pedic's mattresses and pillows at initial purchase can contain formaldehyde, a known human carcinogen, and other harmful VOCs.

In June of 2013, Alvin Todd visited Sleep Train Mattress Center located at 3300 Klose Way, Richmond, CA and purchased a Tempur-pedic mattress. At the time of Mr. Todd's purchase Tempur-pedic advertised on its website that Tempur-pedic's products were formaldehyde free and did not contain harmful VOCs. Mr. Todd has come to learn that such statements are not true and in fact Tempur-pedic's mattresses and pillows at initial purchase can contain formaldehyde, a known human carcinogen, and other harmful VOCs.

In October of 2012, Henry and Mary Thompson visited Ashley's Furniture Store located at 2201 John Glenn Drive, Concord, CA and purchased a Tempur-pedic mattress. At the time of Mr. and Mrs. Thompson's purchase Tempur-pedic advertised on its website that Tempur-pedic's products were formaldehyde free and did not contain harmful VOCs. Mr. and Mrs. Thompson have come to learn that such statements are not true and in fact Tempur-pedic's mattresses and pillows at initial purchase can contain formaldehyde, a known human carcinogen, and other harmful VOCs.

In September of 2011, Barbara Warren visited Sleep Train located at 15099 Hesperian Blvd., San Leandro, CA and purchased a Tempur-pedic mattress. At the time of Ms. Warren's purchase Tempur-pedic advertised on its website that Tempur-pedic's products were formaldehyde free and did not contain harmful VOCs. Ms. Warren has come to learn that such statements are not true and in fact Tempur-pedic's mattresses and pillows at initial purchase can contain formaldehyde, a known human carcinogen, and other harmful VOCs.

In August of 2008, Rose Young visited Sleep Train located at 15099 Hesperian Blvd., San Leandro, CA and purchased a Tempur-pedic mattress. At the time of Ms. Young's purchase Tempur-pedic advertised on its website that Tempur-pedic's products were formaldehyde free and did not contain harmful VOCs. Ms. Young has come to learn that such statements are not true and in fact Tempur-pedic's mattresses and pillows at initial purchase can contain formaldehyde, a known human carcinogen, and other harmful VOCs.

In December of 2007, Michael Dodson visited Brookstone located at Stonestown Galleria at 3251 20th Ave, San Francisco, CA and purchased a Tempur-pedic mattress. At the time of Mr. Dodson's purchase Tempur-pedic advertised on its website that Tempur-pedic's products were formaldehyde free and did not contain harmful VOCs. Mr. Dodson has come to learn that such statements are not true and in fact Tempur-pedic's mattresses and pillows at initial purchase can contain formaldehyde, a known human carcinogen, and other harmful VOCs.

Tempur-pedic's use of false, misleading and deceptive statements in its advertising of all its Tempur-pedic mattresses and pillows for many years created the false belief among its retailers and customers that Tempur-pedic products were free of formaldehyde and other harmful VOCs. Tempur-pedic's consistent pervasive false statements of this nature, which both Tempur-pedic and Tempur-pedic's retailers used to advertise, market and sell Tempur-pedic's products, caused our clients and others to purchase Tempur-pedic mattresses and pillows that they would not have otherwise purchased at the retail price charged if Tempur-pedic would have truthfully stated that Tempur-pedic's mattresses and pillows can and do contain formaldehyde, a known human carcinogen, and other harmful VOCs. As such, Tempur-pedic's actions violate provisions of California law including the California Consumers Legal Remedies Act, Civil Code § 1750 *et seq*, including but not limited to §1770(5), §1770(7) and §1770(9), and the California Unfair Competition Law, Business & Professions Code §§ 17200 *et seq*.

We hereby demand that Tempur-pedic immediately (1) cease and desist from falsely advertising, marketing and otherwise stating that its Tempur-pedic products do not contain formaldehyde and other harmful VOCs; (2) inform all its retailers that the forgoing statements are false and misleading and instruct them to discontinue representing to potential customers that Tempur-pedic products are free of formaldehyde and harmful VOCs; and (3) refund our clients and all other persons like them the purchase price of their mattresses and pillows purchased during the time period that Tempur-pedic falsely advertised, marketed and otherwise publicly represented that its mattresses and pillows are free of formaldehyde and harmful VOCs.

It is further demanded that Tempur-pedic preserve all documents and other evidence that refers or relates to any of the above-described practices including, but not limited to, the following:

1. All documents identifying Tempur-pedic mattress and pillow purchases in the United States from 2004 to the present.

2. All documents showing the total amount of money Tempur-pedic and its affiliated retailers received from the purchase of Tempur-pedic mattresses and pillows from 2004 to the present.

3. All documents concerning the presence or alleged absence of formaldehyde and other VOCs in Tempur-pedic's mattresses, pillows or other materials from 2004 to the present.

4. All documents concerning any testing Tempur-pedic performed or contracted to be performed on Tempur-pedic mattresses, pillows or other materials seeking to measure or quantify the amount of formaldehyde and other VOCs present in Tempur-pedic's mattresses, pillows or other materials from 2004 to the present.

5. All documents relating to Tempur-pedic's policies for testing its mattresses, pillows or other materials from 2004 to the present.

6. All Tempur-pedic mattress, pillow and other sales, advertising, marketing, and sales training materials from 2004 to the present, including all website and other electronic content.

7. All Tempur-pedic internal and external communications concerning the presence or absence of formaldehyde and other VOCs in Tempur-pedic's mattresses, pillows or other materials.

Please comply with this demand within 30 days from receipt of this letter.

We are willing to negotiate with Tempur-pedic to attempt to resolve the demands asserted in this letter. If Tempur-pedic wishes to enter into such discussions, please contact me immediately. If I do not hear from you within 15 days of the date of this letter, I will conclude that Tempur-pedic is not interested in resolving this dispute short of litigation.

If Tempur-pedic contends that any statement in this letter is inaccurate in any respect, please provide me with your contentions and supporting documents immediately upon receipt of this letter, but in no event later than 30 days from the date of receipt.

Very truly yours,

By: _____
Allen M. Stewart
ALLEN STEWART, P.C.
325 N. St. Paul Street, Ste 4000
Dallas, Texas 75201
P. 214.965.8700
F. 214.965.8701
astewart@allenstewart.com