# EXHIBIT C



**ALLEN STEWART**
A PROFESSIONAL CORPORATION

September 13, 2013

**Via Certified Mail - Return Receipt Requested**

Daniel J. Gerber
Rumberger Kirk & Caldwell
Lincoln Plaza, Suite 1400
300 South Orange Avenue (32801)
P.O. Box 1873
Orlando, Florida 32802-1873
As Counsel for All Tempur-pedic Related Entities

*Re: Tempur-pedic Demand Letters: Response to Your Letter Dated September 3, 2013 Concerning the California Civil Code § 1782 Notice to Tempur-pedic dated August 23, 2013 and the Massachusetts General Laws Ann. § 93A Notice to Tempur-pedic dated August 27, 2013.*

Dear Mr. Gerber:

I am in receipt of your letter dated September 3, 2013 concerning the Tempur-pedic pre-suit demand letters we sent Tempur-pedic according to California law dated August 23, 2013 and according to Massachusetts law dated August 27, 2013. In your letter to us you have specifically asked for information in four areas. In an effort to respond to your requests, I will restate the request below and then provide our response immediately thereafter.

1. The advertising which (sic) upon which the statement, "...Tempur-pedic advertised on its website that Tempur-pedic's products were formaldehyde free and did not contain harmful volatile organic compounds."

OUR RESPONSE:

As pointed out in our demand letters, this statement comes from Tempur-pedic's website during the time frame at least as far back as September 15, 2007 and through at least January 26, 2010. The quote comes from a website page that bears the heading "Allergen Resistant" and states: "Tempur-pedic products are naturally treated to be resistant to mites and other household allergens. Our products are also CFC (chlorofluorocarbon) and formaldehyde free." Sometime after January 26, 2010 but no later than November 24, 2010 and continually through at least August 7, 2013, Tempur-pedic changed its website discussion about allergen resistance. On a

page entitled "Superior Science" under the subheading "Allergen and dust-mite resistance" Tempur-pedic states: "TEMPUR material is resistant to allergens such as dust mites, mold, and mildew, and free of harmful VOCs (volatile organic compounds) such as formaldehyde and CFC (chlorofluorocarbon)—harsh chemicals that can trigger allergies and asthma." We note that shortly after we announced that Tempur-pedic's products can contain formaldehyde, Tempur-pedic removed from its website statements claiming that TEMPUR material is formaldehyde free.

2. "Any advertising which you believe "created the false belief among…retailers and customers that Tempur-pedic products were free of formaldehyde and other harmful VOCs."

OUR RESPONSE:

We incorporate into this response the response listed above. As you can see from the timeline provided, over the course of at least six years, Tempur-pedic held out to its retailer distribution network and the public, including potential and actual Tempur-pedic customers, that its products were free of formaldehyde and other harmful VOCs. In addition, Tempur-pedic created false beliefs about its products by omitting important material facts and information from its training of the Tempur-pedic retail distribution network, its sales and marketing representatives and its customer service representatives, as well as from potential and actual Tempur-pedic customers. As you are probably aware, Tempur-pedic pillows and mattresses can and do have a chemical odor caused by the off-gassing of chemicals from Tempur-pedic products. Tempur-pedic describes this odor as "slight" in some of its sales and marketing materials, downplaying its significance, and routinely omits telling its potential and actual customers, that numerous Tempur-pedic customers have complained about the strength of the odor and have reported to Tempur-pedic, either directly or through its retail distribution network, allergic reactions and symptoms those customers attribute to Tempur-pedic products. Historically, and presently, Tempur-pedic states: "Your new mattress may have a slight odor remaining from our manufacturing process. This is normal. It's completely harmless and will dissipate in a few days." Tempur-pedic omits telling its potential and actual customers that numerous past Tempur-pedic customers have experienced significant odor problems from Tempur-pedic's products lasting, at times, for months, and that numerous Tempur-pedic customers have previously informed Tempur-pedic, either directly or through their retail distribution network, that Tempur-pedic products caused them harm, such as, but not limited to allergic reactions and symptoms .

On or about August 12, 2011, a customer asked Tempur-pedic "Why does the bed have a strange odor and will it go away?" Tempur-pedic responded: "Thank you for your question. What you are smelling is the odor of new Tempur-Material. Some people have told us it reminds

them of a new car smell. We can assure you that the odor dissipates in a few days. Washing the cover can help speed this process along." Tempur-pedic omitted then, and continues to omit now, the material fact that the odor of new Tempur-Material often times does not dissipate in a few days and has been the cause of numerous customer complaints of allergic reactions and symptoms to these same odors. Moreover, Tempur-pedic trains its retail distribution network, its own retail sales and marketing representatives and its customer service representatives to tell potential and actual Tempur-pedic customers that odors emitted from Tempur-pedic's products contain nothing harmful and are completely safe. Tempur-pedic's sales and marketing training and sales and marketing materials omit the material fact that the off-gassing chemicals from Tempur-pedic's products can and do contain formaldehyde, that formaldehyde has been listed as a probable human carcinogen by the U.S. National Toxicology Program since 1981 and that the U.S. National Toxicology Program in 2013 upgraded formaldehyde to a known human carcinogen.

Moreover, since at least September 2007, Tempur-pedic has trained its retail distribution network, its own retail sales and marketing representatives and its customer service representatives to emphasize to potential and actual Tempur-pedic customers that Tempur-pedic products are allergen resistant. Historically and presently, Tempur-pedic's retail in-store brochures state that "TEMPUR material and the outer cover are naturally treated to be hypoallergenic." The same brochure then provides a "Tempur-pedic Sleep Systems" chart that lists each Tempur-pedic mattress as being "hypoallergenic." Tempur-pedic uniformly trains Tempur-pedic's retail distribution network and its retail sales and marketing representatives to provide each potential and actual Tempur-pedic customer access to a copy of this brochure and to emphasize the allergy resistance and hypoallergenic attributes of Tempur-pedic's products. Tempur-pedic omits from the retail sales and marketing training and from the sales brochures that VOCs can be and often are allergenic, that formaldehyde, in particular, is a VOC that Tempur-pedic considers a harsh chemical that can trigger allergies and asthma, and that the VOCs being emitted from Tempur-pedic's newly purchased products can and do contain formaldehyde as well as other potentially harmful VOCs that can potentially trigger allergies and asthma.

Additionally, Tempur-pedic has omitted training its retail distribution network, its retail sales and marketing representatives and its customer service representatives and omitted informing potential and actual customers about Tempur-pedic's test protocols for formaldehyde and other VOCs. For example, when Tempur-pedic represents that its products are formaldehyde free and free of any other harmful VOCs, it omits from informing its retail distribution network, its retail sales and marketing representatives, its customer service representatives and its potential and actual customers, the factual basis for Tempur-pedic making such claims. Tempur-pedic omits informing the public regarding the tests it relies on for making such statements, the number of tests it relies on for the statements, the total number of all tests performed at different points in

3

time by Tempur-pedic or others on its behalf, and the testing protocol Tempur-pedic used in determining the presence or absence of formaldehyde and other VOCs in its products. This is material information within the exclusive knowledge of Tempur-pedic that is not known by or reasonably accessible to Plaintiffs and the class. Based on the testing results we have seen, we find it hard to believe that Tempur-pedic performed any credible testing for either formaldehyde or other VOCs that, in good faith, Tempur-pedic could represent shows their products to be formaldehyde free or free of harmful VOCs.

3. "Since you raise the issue of "consistent pervasive false statements" in your letter, please provide all information upon which you base the claim that Tempur-pedic made the false statements consistently."

OUR RESPONSE:

We incorporate into this response both the previous responses above. We have not attempted in our previous responses nor will we attempt in this response to categorically list all the information upon which we base our claims. However, in an effort to provide you with further details regarding the claims against Tempur-pedic, we note that Tempur-pedic since the 1990s until the present had and continues to have knowledge of numerous customer complaints concerning allergic reactions and symptoms customers attribute to Tempur-pedic products. Tempur-pedic has received numerous reports from customers alleging that Tempur-pedic's supposedly allergen resistant and hypoallergenic products were causing customer allergic reactions. Tempur-pedic customers have informed Tempur-pedic of allergic symptoms such as headaches, dizziness, hives, swollen face, itchy burning eyes, fatigue, body aches, nausea, flu-like symptoms, asthma attacks, stuffy nose, sneezing, coughing and chronic coughing, mucus discharge, night sweats, breathing problems, raw throat, irritated eyes, and irritated lungs. This is not an exhaustive list of the complaints that Tempur-pedic has received over the years concerning customers complaining of having allergic like symptoms in response to Tempur-pedic's products. It does, however, provide a good example of the kind of information Tempur-pedic received over the years that was contrary to Tempur-pedic's stated claims that its products were allergen resistant and hypoallergenic. Because Tempur-pedic omitted sharing this information with its potential and actual customers and its retail sales and marketing representatives, Tempur-pedic consistently and pervasively promoted false and misleading statements such as "allergen resistant"," hypoallergenic", "formaldehyde free", "free of harmful VOCs", "harmless" and "completely safe."

4. "Any information, evidence, or scientific data upon which you base the statement in your letter, "Tempur-pedic's mattresses and pillows can and do contain formaldehyde, a known human carcinogen, and other harmful VOCs." Please identify the so-called "harmful VOC's."

4

OUR RESPONSE:

We will reserve the right to keep the actual copies of our scientific data internal until such time as a court enters a scheduling order that determines when parties will submit discovery responses to each other. However, in the interest of disclosure, we are willing to tell you that we had Tempur-pedic products tested for the presence of formaldehyde and other VOCs over the past year on multiple occasions and that, in those tests, Tempur-pedic's products contained formaldehyde. In addition to formaldehyde, the test found the following VOCs in Tempur-pedic's products: Acetone, 1,3 Butadiene, Chloroform, Cholormethane, 1,2-Dichlorobenzene, 1,3-Dichlorobenzene, 1,4-Dicholorobenzene, Heptane, 2-Hexanone, 1,2,4-Trimethylbenzene, 1,2,4-Trimethylpentane, 3,3-Dimethylhexane, 2,3,4-trimethylpentane, 2,2,4-Trimethyl-3-pentanone, Tetrahydrodicyclopentadiene, Acetaldehyde, 3-Methylpentane, 2,4,4-Trimethylpentene, Tetrahydrofuran, Methylcyclopentane, 2-Ethyl-1-hexanol, Methylene chloride, Toluene, 2-Methylbutane, Propylene, Triethylenediamine, 3-Ethyl-2-methylpentane, 2-Butene, Difluorochloromethane (R-22), Isopropyl alcohol, Bromoform, N,N-Dimethyl formamide, Propylene carbonate, 2-Propanol, 1,2-propanediol (propylene glycol), 1,1,2-Trichloro ethane (Tricholorethylene), Tr-methylbenzene, 1,2-Dichloropropane, 4-Methyl Morpholine, Decamethyl cyclopentaasiloxane, Toluene (Methyl benzene), 3-Carene, 2-Ethylhexyl ester acetic acid, 1-Butanol (N-butyl alcohol), Cyclotetrasiloxane, Octamethyl, 1-ehtyl-4-methyl benzene (4-Ehtyltoluene), Limonene (Dipentene; 1-Methyl-4-(1-methylethyl)cyclohexene), 1,2,3,-trichloropropane, Pinene α (2,6,6,-Trimethyl-dicyclo[3.1.1]hept-2-ene), 1-Chloro2-propanol; Hexanal, 1-Ethyl-3-methyl benzene, 2-Ethyl-1-hexanol, Xylene (para and/or meta), and Propanal.

Tempur-pedic should consider each of these VOCs as potentially harmful to its customers since these are compounds that can and do off-gas from Tempur-pedic's products. Tempur-pedic's products are designed to be used in close personal contact with Tempur-pedic's customers for extended periods of time. Because VOCs of the type listed above can trigger allergies and asthma reactions, Tempur-pedic should not omit from training its retail distribution network, its sales and marketing representatives, its customer service representatives or omit from fully informing potential and actual Tempur-pedic customers of the actual presence of these chemicals in Tempur-pedic's products.

You noted in your letter our specific request that Tempur-pedic preserve documents relating to this matter dating back to 2004. For clarity, I should note that we expect Tempur-pedic to preserve all relevant documents concerning the matter regardless of date when such documents concern what Tempur-pedic knew and when Tempur-pedic knew it concerning the presence of formaldehyde and other VOCs in its Tempur material and its Tempur-pedic products. It may well be that Tempur-pedic learned prior to 2004 that its Tempur material and Tempur-pedic products contained formaldehyde or other VOCs and concluded that it would not reveal that information to the public.

In answer to your specific question, we selected the year 2004 because, as you note, one of our clients purchased his Tempur-pedic mattress in 2007. Because the statute of limitations for certain claims in California can extend three years into the past, we thought it reasonable to ask for Tempur-pedic to specifically preserve all documents concerning the issues at hand from 2004 to the present. However, this does not relieve Tempur-pedic from the legal obligation to prevent the destruction of or tampering with evidence of any type from years prior to 2004. As I mentioned earlier in this letter, we believe Tempur-pedic has evidence from customers over the years who have complained about off-gassing odors from Tempur-pedic products and who informed Tempur-pedic of adverse health events that the customers related in some way to Tempur-pedic's products. We expect Tempur-pedic to preserve that evidence regardless of the year Tempur-pedic received it. Likewise, any testing information that Tempur-pedic has regarding its products related to formaldehyde specifically and other VOCs generally, we expect Tempur-pedic to preserve that evidence, even if the testing occurred prior to 2004. Hopefully, this clarifies our position.

Very truly yours,

By: *[signature]*

Allen M. Stewart
ALLEN STEWART, P.C.
325 N. St. Paul Street, Ste 4000
Dallas, Texas 75201
P. 214.965.8700
F. 214.965.8701
astewart@allenstewart.com