# EXHIBIT E

**STATE OF CALIFORNIA )**
**)**
**COUNTY OF CONTRA COSTA )**

**AFFIDAVIT OF ALVIN TODD**

I, Alvin Todd, having been duly sworn and upon my oath, state:

1. I have personal knowledge of the facts and statements made herein, except to those matters stated herein which are based on information and belief, which matters I believe to be true.

2. If called as a witness I could and would competently testify to the matters included herein.

3. I am of sound mind and over the age of twenty-one. I am a citizen of the State of California and a resident of Contra Costa County.

4. This Affidavit is made pursuant to California Civil Code Section 1780(d).

5. I am a Plaintiff in the civil action styled as *Michael Dodson, et al. v. Tempur Sealy International, Inc. et al.*, filed in federal court in the Northern District of California. The Complaint seeks a class action against Tempur-pedic related entities for deceptive trade practices and other violations of the law.

6. I purchased Tempur-pedic products giving rise to this action from a Tempur-pedic retailer in Contra Costa County. As such, a substantial portion of the acts and practices giving rise to this action occurred in Contra Costa County. Upon information and belief, Tempur-pedic is currently doing business in Contra Costa County.

FURTHER AFFIANT SAYETH NOT.

ACT
10/22/13

Alvin Todd

Sworn and subscribed to before me, a Notary Public, on this ____ day of October, 2013.

attached

______________________
Notary Public

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California
County of Contra Costa

On 10-21-2013 (Date) before me, Jennifer L. Gardella (Here Insert Name and Title of the Officer),
personally appeared Alvin Chester Todd (Name(s) of Signer(s)),

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

JENNIFER L. GARDELLA
Commission # 2023121
Notary Public - California
Contra Costa County
My Comm. Expires May 3, 2017

Place Notary Seal Above

Signature [signature] (Signature of Notary Public)

### OPTIONAL

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: Affidavit of Alvin Todd

Document Date: 10-21-2013 Number of Pages: 1

Signer(s) Other Than Named Above: N/A

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: ____
☐ Individual
☐ Corporate Officer — Title(s): ____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: ____

Signer Is Representing: ____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer's Name: ____
☐ Individual
☐ Corporate Officer — Title(s): ____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: ____

Signer Is Representing: ____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org Item #5907 Reorder: Call Toll-Free 1-800-876-6827

STATE OF CALIFORNIA )
)
COUNTY OF CONTRA COSTA )

AFFIDAVIT OF MELODY TODD

I, Melody Todd, having been duly sworn and upon my oath, state:

1. I have personal knowledge of the facts and statements made herein, except to those matters stated herein which are based on information and belief, which matters I believe to be true.

2. If called as a witness I could and would competently testify to the matters included herein.

3. I am of sound mind and over the age of twenty-one. I am a citizen of the State of California and a resident of Contra Costa County.

4. This Affidavit is made pursuant to California Civil Code Section 1780(d).

5. I am a Plaintiff in the civil action styled as *Dodson, et al. v. Tempur Sealy International, Inc. et al.,* filed in federal court in the Northern District of California. The Complaint seeks a class action against Tempur-pedic related entities for deceptive trade practices and other violations of the law.

6. I purchased Tempur-pedic products giving rise to this action from a Tempur-pedic retailer in Contra Costa County. As such, a substantial portion of the acts and practices giving rise to this action occurred in Contra Costa County. Upon information and belief, Tempur-pedic is currently doing business in Contra Costa County.

FURTHER AFFIANT SAYETH NOT.

Melody Todd

State of California
County of San Francisco

Subscribed and sworn to (or affirmed) before me on this 13th day of August, 2014, by MELODY RAE TODD, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

ANDREA K. CHAMBERLIN
Commission # 2005837
Notary Public - California
San Francisco County
My Comm. Expires Jan 31, 2017

(Seal) Signature Andrea K Chamberlin

STATE OF CALIFORNIA )
)
COUNTY OF ALAMEDA )

## AFFIDAVIT OF BARBARA WARREN

I, Barbara Warren, having been duly sworn and upon my oath, state:

1. I have personal knowledge of the facts and statements made herein, except to those matters stated herein which are based on information and belief, which matters I believe to be true.

2. If called as a witness I could and would competently testify to the matters included herein.

3. I am of sound mind and over the age of twenty-one. I am a citizen of the State of California and a resident of Alameda County.

4. This Affidavit is made pursuant to California Civil Code Section 1780(d).

5. I am a Plaintiff in the civil action styled as *Dodson, et al. v. Tempur Sealy International, Inc. et al*, filed in federal court in the Northern District of California. The Complaint seeks a class action against Tempur-pedic related entities for deceptive trade practices and other violations of the law.

6. I purchased Tempur-pedic products giving rise to this action from a Tempur-pedic retailer in Alameda County. As such, a substantial portion of the acts and practices giving rise to this action occurred in Alameda County. Upon information and belief, Tempur-pedic is currently doing business in Alameda County.

FURTHER AFFIANT SAYETH NOT.

Barbara Warren 8/12/14
Barbara Warren

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**
**GOVERNMENT CODE § 8202**

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

1 ______
2 ______
3 ______
4 ______
5 ______
6 ______

*Signature of Document Signer No. 1* | *Signature of Document Signer No. 2 (if any)*

State of California

County of ALAMEDA

Subscribed and sworn to ~~(or affirmed)~~ before me on this 12th day of August, 2014, by

*Date* *Month* *Year*

(1) BARBARA WARREN

(2) ______

*Name(s) of Signer(s)*

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

RENEE GOODRICH
Commission # 2063754
Notary Public - California
Alameda County
My Comm. Expires May 2, 2018

*Place Notary Seal Above*

Signature [signature]
*Signature of Notary Public*

***OPTIONAL***

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: AFFIDAVIT OF BARBARA WARREN

Document Date: 8/12/14 Number of Pages: 2

Signer(s) Other Than Named Above: ______

© 2013 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827) Item #5910