# EXHIBIT G

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Tempur Sealy International, Inc.
Tempur-Pedic Int., Inc.
Tempur-Pedic America, LLC
Tempur-Pedic North America, LLC
1000 Tempur Way
Lexington, KY 40511

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Arthur Kush
C. Date of Delivery: 9/3/13

D. Is delivery address different from item 1? ☐ Yes   ☐ No
If YES, enter delivery address below:

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7001 2510 0002 6392 1399

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Tempur-Pedic NA, Inc.
Tempur-Pedic North America, Inc.
Tempur-Pedic Retail, Inc.
Office of The General Counsel
1713 Jaggie Fox Way
Lexington, KY 40511

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Arthur Kush
C. Date of Delivery: 9/18/13

D. Is delivery address different from item 1? ☐ Yes   ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number: 7001 2510 0002 6392 1382

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sleepy's
350 Palmer Rd. #119
Ware, MA 01082

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X George Batcheller   ☑ Agent  ☐ Addressee

B. Received by (Printed Name): George Batcheller
C. Date of Delivery: 8/31

D. Is delivery address different from item 1? ☐ Yes   ☑ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number: 7001 2510 0002 6392 1375

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540