UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN TODD, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>TEMPUR-SEALY INTERNATIONAL, INC., et al.,<br><br>    Defendants. | Case No. 13-cv-04984-JST<br><br>**SCHEDULING ORDER**<br><br>Re: ECF No. 154 |

Pursuant to the parties' stipulation, ECF No. 154, the Court orders as follows:

(a) Other than the filing of Plaintiffs' Motion for Class Certification, the scheduling deadlines identified in this Court's Order to Modify the December 15, 2014 Scheduling Order, ECF No. 128 (the "Scheduling Order"), are stayed or vacated;

(b) Defendant shall have until September 16, 2015 to file any Responsive Motions;

(c) The briefing schedule on any such Responsive Motions shall be according to code and local rules;

(d) Within 7 days of this Court ruling on Defendants' Responsive Motions, the Parties shall meet and confer regarding a new schedule to replace the stayed or vacated dates set forth in the Scheduling Order, ECF No. 128, as well as the discovery Defendants are entitled to in order to oppose the Motion for Class Certification;

/ / /

/ / /

/ / /

/ / /

/ / /

1      (e)     Within 14 days of this Court ruling on Defendants' Responsive Motions, the Parties
2 shall file either a joint proposed schedule or two competing proposals.
3      IT IS SO ORDERED.
4 Dated: August 27, 2015



_____
JON S. TIGAR
United States District Judge