| | |
|---|---|
| 1 | Mark L. Eisenhut, Bar No. 185039<br>meisenhut@calljensen.com |
| 2 | Matthew R. Orr, Bar No. 211097<br>morr@calljensen.com |
| 3 | Samuel G. Brooks, Bar No. 272107<br>sbrooks@calljensen.com |
| 4 | CALL & JENSEN<br>A Professional Corporation |
| 5 | 610 Newport Center Drive, Suite 700<br>Newport Beach, CA  92660 |
| 6 | Tel:   (949) 717-3000<br>Fax:   (949) 717-3100 |
| 7 | |
| 8 | Douglas B. Brown, Esq. *[Admitted Pro Hac Vice]*<br>dbrown@rumberger.com |
| 9 | Daniel J. Gerber, Esq. *[Admitted Pro Hac Vice]*<br>dgerber@rumberger.com |
| 10 | Samantha C. Duke, Esq. *[Admitted Pro Hac Vice]*<br>sduke@rumberger.com |
| 11 | RUMBERGER, KIRK & CALDWELL, P.A.<br>Lincoln Plaza, Suite 1400 |
| 12 | 300 South Orange Avenue<br>Orlando, FL  32802 |
| 13 | Tel.: (407) 872-7300<br>Fax: (407) 841-2133 |
| 14 | Attorneys for Defendants Tempur-Sealy International, Inc., |
| 15 | formerly known as Tempur-Pedic International, Inc. and<br>Tempur-Pedic North America, LLC |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN TODD and MELODY TODD, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TEMPUR-SEALY INTERNATIONAL, INC., formerly known as TEMPUR-PEDIC INTERNATIONAL, INC. and TEMPUR-PEDIC NORTH AMERICA, LLC,<br><br>Defendants. | Case No.   3:13-cv-04984-JST (MEJ)<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT**<br><br>Date:    October 22, 2015<br>Time:   2:00 p.m.<br>Crtrm:  9<br><br><br>Complaint Filed:   October 25, 2013<br>Trial Date:              None Set |

**TO THE COURT AND ALL PARTIES APPEARING OF RECORD:**

PLEASE TAKE NOTICE that pursuant to the provisions of Rule 201 of the Federal Rules of Evidence, Defendants TEMPUR-SEALY INTERNATIONAL, INC., formerly known as TEMPUR-PEDIC INTERNATIONAL, INC. and TEMPUR-PEDIC NORTH AMERICA, LLC hereby request that this Court take judicial notice of the following document in the above-captioned action.  A true and correct copy of the document as to which judicial notice is requested is attached hereto:

**EXHIBIT A**: 71 FR 13472-01, March 15, 2006.

This request for judicial notice is made with respect to Defendants' Motion to Dismiss Plaintiffs' Third Amended Complaint.

Dated:  September 16, 2015

CALL & JENSEN
A Professional Corporation
Mark L. Eisenhut
Matthew R. Orr
Samuel G. Brooks

By: */s/ Samuel G. Brooks*
    Samuel G. Brooks

Attorneys for Defendants Tempur-Sealy International, Inc., formerly known as Tempur-Pedic International, Inc. and Tempur-Pedic North America, LLC

# CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2015, I electronically filed the foregoing document described as **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT** with the Clerk of the Court using the CM/ECF System which will send notification of such filing via electronic mail to all counsel of record.

/s/
*Samuel G. Brooks*