UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ALVIN TODD, et al., | |
|---|---|
| Plaintiffs, | Case No. 13-cv-04984-JST |
| v. | **ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS** |
| TEMPUR-SEALY INTERNATIONAL, INC., et al., | |
| Defendants. | Re: ECF No. 169 |

Defendants have filed a motion to extend time to file their Reply in support of their Motion to Dismiss Plaintiffs' Third Amended Complaint to October 12, 2015. ECF No. 169. Attached as an exhibit to the motion is a joint stipulation to the requested extension of time. See ECF No. 169, Ex. 2. The stipulation is granted.

IT IS SO ORDERED.

Dated: October 8, 2015

_____
JON S. TIGAR
United States District Judge