# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN TODD and MELODY TODD, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TEMPUR-SEALY INTERNATIONAL, INC., formerly known as TEMPUR-PEDIC INTERNATIONAL, INC. and TEMPUR-PEDIC NORTH AMERICA, LLC,<br><br>Defendants. | Case No.   3:13-cv-04984-JST (MEJ)<br><br>**[PROPOSED]** ORDER RESCHEDULING HEARING<br><br><br><br>Complaint Filed:   October 25, 2013<br>Trial Date:           None Set |

On stipulation of the parties and good cause appearing, the hearing currently scheduled for January 14, 2016 is rescheduled to [January 21] [January 28], 2016, at 2:00 PM in Courtroom 9, 19th Floor, San Francisco before Hon. Jon S. Tigar.

IT IS SO ORDERED.

Date: December 11, 2015

Signed: _____
HON. JON S. TIGAR
U.S. DISTRICT JUDGE