| | |
|---|---|
| 1 | Mark L. Eisenhut, Bar No. 185039 |
| 2 | meisenhut@calljensen.com |
|   | Matthew R. Orr, Bar No. 211097 |
| 3 | morr@calljensen.com |
| 4 | Aaron L. Renfro, Bar No. 255086 |
|   | arenfro@calljensen.com |
| 5 | CALL & JENSEN |
| 6 | A Professional Corporation |
|   | 610 Newport Center Drive, Suite 700 |
| 7 | Newport Beach, CA  92660 |
| 8 | Tel:   (949) 717-3000 |
|   | Fax:   (949) 717-3100 |
| 9 | |
| 10 | Daniel J. Gerber, Esq. *[Pro Hac Vice]* |
|    | dgerber@rumberger.com |
| 11 | Douglas B. Brown, Esq. *[Pro Hac Vice]* |
| 12 | dbrown@rumberger.com |
|    | Samantha C. Duke, Esq. *[Pro Hac Vice]* |
| 13 | sduke@rumberger.com |
| 14 | RUMBERGER, KIRK & CALDWELL, P.A. |
|    | Lincoln Plaza, Suite 1400 |
| 15 | 300 South Orange Avenue |
| 16 | Orlando, FL  32802 |
|    | Tel.:  (407) 872-7300 |
| 17 | Fax:  (407) 841-2133 |
| 18 | |
|    | **Attorneys for Defendants Tempur-Sealy International, Inc.,** |
| 19 | **formerly known as Tempur-Pedic International, Inc. and** |
| 20 | **Tempur-Pedic North America, LLC** |
| 21 | |
|    | Gary K. Shipman (*Pro Hac Vice*) |
| 22 | gshipman@shipmanlaw.com |
|    | William G. Wright (*Pro Hac Vice*) |
| 23 | wwright@shipmanlaw.com |
| 24 | Angelique Adams (*Pro Hac Vice*) |
|    | aadams@shipmanlaw.com |
| 25 | SHIPMAN & WRIGHT, LLP |
| 26 | 575 Military Cutoff Rd., Suite 106 |
|    | Wilmington, NC 28405 |
| 27 | Telephone: (910) 762-1990 |
| 28 | Facsimile: (910) 762-6752 |

IT IS SO ORDERED AS MODIFIED

Judge Jon S. Tigar

Stipulation and Order to Modify the June 8, 2015 Scheduling Order; Case No. 3:13-cv-04984-JST MEJ)
Page 1

Allen M. Stewart (SBN 262594)
astewart@allenstewart.com
Stephanie Brooks Sherman (*Pro Hac Vice*)
ssherman@allenstewart.com
ALLEN STEWART, P.C.
325 N. St. Paul Street, Suite 4000
Dallas, Texas 75201
Telephone: (214) 965-8700
Facsimile: (214)965-8701

John Simon (*Pro Hac Vice*)
jsimon@simonlawpc.com
Anthony Simon (*Pro Hac Vice*)
asimon@simonlawpc.com
SIMON LAW FIRM, P.C.
800 Market Street
St. Louis, MO 63101
Telephone: (314) 241-2929
Facsimile: (314) 241-2029

Michael McShane (SBN 127944)
mmcshane@auditlaw.com
Jonas P. Mann (SBN 263314)
jmann@audetlaw.com
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105
Telephone: (415) 568-2555
Facsimile: (415) 568-2556

***Attorneys for Alvin Todd, et al., and the Proposed Class***
(Additional Plaintiffs Set Forth Below on Signature Page)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN TODD, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TEMPUR-SEALY INTERNATIONAL, INC., formerly known as TEMPUR-PEDIC INTERNATIONAL, INC. and TEMPUR-PEDIC NORTH AMERICA, LLC,<br><br>Defendants. | Case No. 3:13-cv-04984-JST<br><br>**Stipulation and Order to Modify the June 8, 2015 Scheduling Order**<br><br><br>Complaint Filed:  October 25, 2013<br>Trial Date:          None Set |

Pursuant to this Court's Scheduling Order (Doc. 157), Plaintiffs and Defendants Tempur-Sealy International, Inc. and Tempur-pedic North America, LLC (collectively, "Defendants", and, together with Plaintiffs, the "Parties"), hereby stipulate and agree to the following modification of the June 8, 2015 Scheduling Order (Doc. 128):

1. Plaintiffs filed the original Complaint on October 25, 2013. Plaintiffs filed the First Amended Complaint on November 7, 2013, the Second Amended Complaint on August 29, 2014, and the Third Amended Complaint on August 27, 2015. (Doc. 156).

2.     On August 27, 2015, this Court stayed or vacated the scheduling deadlines identified in the Court's Order to Modify the December 15, 2014 Scheduling Order (Doc. 128), other than the filing of Plaintiffs' Motion for Class Certification. (Doc. 157).

3.     Pursuant to that Order, the Parties stipulate and agree to, and request the Court order the following modified deadlines and class certification page limits:

| Event | Proposed Deadline |
|---|---|
| Deadline for Plaintiffs to file a supplemental memorandum (no longer than 10 pages) in support of their Motion for Class Certification | March 10, 2016 |
| Plaintiffs to produce Plaintiffs for deposition | March 10, 2016 – April 13, 2016 |
| Deadline for Defendants to identify expert witnesses and provide proposed deposition dates | March 11, 2016 |
| Deadline to file opposition (no longer than 60 pages) to motion for class certification | April 22, 2016 |
| Depositions of Defendants' expert witnesses re: class certification | May 9, 2016 - June 10, 2016 |
| Deadline to file reply in support of motion for class certification | July 18, 2016 |
| Class certification hearing | August 11, 2016 at 2:00 p.m. ~~August 10, 2016~~ |

/ / /

/ / /

/ / /

| | |
|---|---|
| Dated: February 12, 2016 | |
| | BY: */s/ Daniel J. Gerber* |
| | Daniel J. Gerber |
| | RUMBERGER, KIRK & CALDWELL, P.A. |
| | Douglas B. Brown |
| | 300 South Orange Avenue |
| | Orlando, FL 32802 |
| | (407) 872-7300 |
| | (407) 841-2133 (fax) |
| | |
| | CALL & JENSEN |
| | A Professional Corporation |
| | Mark L. Eisenhut |
| | Matthew R. Orr |
| | Aaron L. Renfro |
| | 610 Newport Center Drive, Suite 700 |
| | Newport Beach, CA 92660 |
| | (949) 717-3000 |
| | (949) 717-3100 (fax) |
| | |
| | ***Attorneys for Defendants Tempur-Sealy International, Inc., formerly known as Tempur-Pedic International, Inc. and Tempur-Pedic North America, LLC*** |

| | |
|---|---|
| 1 | Dated: February 12, 2016 |
| 2 | BY: /s/*Gary K. Shipman* |
|   | SHIPMAN & WRIGHT |
| 3 | Gary K. Shipman |
|   | William G. Wright |
| 4 | Angelique Adams |
| 5 | 575 Military Cutoff Road, Suite 106 |
|   | Wilmington, North Carolina 28405 |
| 6 | 910/762-1990 |
| 7 | 910/762-6752 (fax) |

ALLEN STEWART, P.C.
Allen M. Stewart (262594)
Stephanie Brooks Sherman
325 N. St. Paul Street, Suite 4000
Dallas, Texas 75201
214/965-8700
214/965-8701 (fax)

SIMON LAW FIRM, P.C.
John Simon
Anthony Simon
800 Market St.
St. Louis, MO 63101
314/241-2929
314/241-2029 (fax)

***Attorneys for Plaintiffs Alvin Todd, Melody Todd, Robbie Simmons, Tina White, Keith Hawkins, Thomas Comiskey, Alan Kaufman, Patricia Kaufman, Johnny Martinez, Julie Davidoff, Tracey Palmer, Toni Kibbee, Brian Stone, Sara Stone, Kurt Andersen, Ericka Andersen, Jerry Kucharski, Diane Kucharski, and the Proposed Class***

# **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 16, 2016

*[Seal: United States District Court, Northern District of California]*

*[Stamp: IT IS SO ORDERED AS MODIFIED]*

Judge Jon S. Tigar

|  |  |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

I hereby certify that on February 12, 2016, I electronically filed the foregoing document described as **STIPULATION AND ORDER TO MODIFY JUNE 8, 2015 SCHEDULING ORDER** with the Clerk of the Court using the CM/ECF System which will send notification of such filing via electronic mail to all counsel of record.

/s/ *Matthew R. Orr*
Matthew R. Orr