UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN TODD, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TEMPUR-SEALY INTERNATIONAL, INC., et al.,<br><br>Defendants. | Case No. 13-cv-04984-JST<br><br>**ORDER TO REFILE DECLARATION IN SUPPORT OF ADMINISTRATIVE MOTIONS TO SEAL**<br><br>Re: ECF No. 207 |

Currently before the Court are Plaintiffs' two administrative motions to seal, ECF Nos. 192, 204, each of which pertain to over one hundred exhibits attached and filed on the docket. As required by Civil L.R. 79-5(e)(1) and 79-5(d)(1)(A), Defendants filed a declaration in support of both motions. ECF No. 207. While the declaration offers two reasons for generally sealing all of the exhibits attached to both of Plaintiffs' motions, it identifies the exhibits only by an internal page numbering system with no reference to how that system correlates to the document and page numbers on ECF.

Accordingly, Defendants are ordered to re-file their declaration, which shall conform to the following instructions:

(1) The declaration shall identify each document that Defendants request be sealed, by ECF docket and document number, and if necessary, by ECF page numbers. The declaration shall individually identify the asserted reason for sealing *each* document.

(2) The declaration shall identify any documents that have previously been filed under seal in this case.

(3) The declaration shall further comply with all other requirements under the Local Rules and this Court's Standing Order Regarding Administrative Motions to File Under Seal.

(4) The declaration shall be filed no later than seven days after the date of this order.

1   IT IS SO ORDERED.

2  Dated: April 19, 2016

3  _____
JON S. TIGAR
4  United States District Judge