UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN TODD, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>TEMPUR-SEALY INTERNATIONAL, INC., et al.,<br><br>　　　　Defendants. | Case No.  13-cv-04984-JST<br><br>**ORDER CONTINUING HEARINGS ON MOTIONS TO STRIKE**<br><br>Re: ECF Nos. 227, 228 |

　　　　In light of the upcoming hearing on Plaintiffs' Motion for Class Certification, the hearings on Defendants' Motions to Strike, ECF Nos. 227, 228, currently scheduled for July 14, 2016, are hereby continued to August 18, 2016 at 2:00 p.m.  The Motion for Class Certification and the Motions to Strike shall be heard concurrently.

　　　　IT IS SO ORDERED.

Dated:  July 5, 2016

_____
JON S. TIGAR
United States District Judge