# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: August 18, 2016 Judge: Jon S. Tigar

Time: 1 hour, 3 minutes

Case No. **3:13-cv-04984-JST**
Case Name **Alvin Todd, et al. v. Tempur-Sealy International, Inc., et al.**

Attorneys for Plaintiffs:Gary K. Shipman
Scott R. Frieling
Benjamin R. Askew

Attorneys for Defendants:Daniel J. Gerber
Matthew R. Orr
Samuel G. Brooks
Samantha C. Duke

Deputy Clerk: William NobleCourt Reporter: Belle Ball

## PROCEEDINGS

- Plaintiffs' Motion for Class Certification (ECF No. 145)
- Tempur-Sealy International and Tempur-Pedic North America, LLC's Motion to Strike the Expert Report and Opinions of Michael DiBartolomeis (ECF No. 227)
- Tempur-Sealy International, Inc. and Tempur-Pedic North America, LLC's Motion to Strike the Expert Report and Opinions of Dr. Susan Kegley (ECF No. 228)

## RESULT OF HEARING

1. The Court did not hear argument on the motions to strike. The motions will be denied. A written order will be issued.

2. Hearing held on Motion for Class Certification. The motion is under submission.

1